## SLOSS-SHEFFIELD STEEL & IRON CO. V. MITCHELL.

(Decided April 24, 1913.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

TILLMAN, BRADLEY & MORROW, and CHARLES E. RICE, for appellant. SAM WILL JOHN, and T. T. JONES, for appellee.

DE GRAFFENRIED, J.—Reversed and remanded on authority of *Sloss-S. S. & I. Co. v. Mitchell, infra;* 61 South. 934; same case 161 Ala. 278; 49 South. 851.

All the Justices concur.

---

## STACEY V. JONES.

(Decided April 8, 1913.)

APPEAL from Monroe Law and Equity Court.

Heard before Hon. W. G McCORVEY.

INGE & McCORVEY, for appellant. W. B. MERRILL, and STEVENS, LYONS & DEAN, for appellee.

Per curiam. Affirmed by agreement.

---

## STONE V. THE STATE.

(Decided February 6, 1913.)

APPEAL from Madison Law and Equity Court.

Heard before Hon. JAMES H. BALLENTINE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Dismissed on motion of the Attorney General.